# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALBERT CHAMBERS,

    Defendant.

Case No. 2:11-CR-00456-KJD-CWH

**ORDER**

Before the Court for consideration is the Report and Recommendation (#32) of Magistrate Judge Carl W. Hoffman entered November 21, 2012, recommending that Defendant's Motion to Dismiss for Outrageous Government Conduct or Alternatively, Motion to Suppress (#18) be denied. Objections (#36) to the Magistrate Judge's Report and Recommendation were filed by Defendant ALBERT CHAMBERS pursuant to Local Rule IB 3-2 of the Local Rules of Practice of the United States District Court of the District of Nevada.  The Government filed a response in opposition (#39) to the objections.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report and Recommendation (#32) of the United States Magistrate Judge entered November 21, 2012, should be **ADOPTED** and

1  **AFFIRMED**. The Magistrate Judge conducted the correct analysis at each stage of the incident that

2  occurred on July 16, 2011.

3          IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation

4  (#32) entered November 21, 2012, are **ADOPTED** and **AFFIRMED**, and Defendant's Motion to

5  Dismiss for Outrageous Government Conduct or Alternatively, Motion to Suppress (#18) is

6  **DENIED**.

7          DATED this 29th day of April 2013.

8

9

10                                              _____

11                                              Kent J. Dawson
                                                United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2