**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　)　2:11-CR-456-KJD-(CWH)<br>　　　　　　　　　　　　　　　　　)<br>ALBERT CHAMBERS,　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant.　　　　　　)| |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on May 31, 2013, defendant ALBERT CHAMBERS pled guilty to Count One of a Three-Count Criminal Indictment charging him with Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1). Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 55; Plea Agreement, ECF No. 57.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and agreed to in the Plea Agreement and the offense to which defendant ALBERT CHAMBERS pled guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 55; Plea Agreement, ECF No. 57.

The following asset is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1. a Glock 9mm handgun, bearing serial number KMC265; and
2. any and all ammunition ("property").

1   This Court finds the United States of America is now entitled to, and should, reduce the
2   aforementioned property to the possession of the United States of America.

3   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4   United States of America should seize the aforementioned property.

5   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6   ALBERT CHAMBERS in the aforementioned property is forfeited and is vested in the United States
7   of America and shall be safely held by the United States of America until further order of the Court.

8   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
9   shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
10  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
11  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
12  the name and contact information for the government attorney to be served with the petition,
13  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
15  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

16  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
17  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
18  following address at the time of filing:

19  Michael A. Humphreys
    Assistant United States Attorney
20  Daniel D. Hollingsworth
    Assistant United States Attorney
21  Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
22  Las Vegas, Nevada 89101

23  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
24  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
25  . . .
26  . . .

1 following publication of notice of seizure and intent to administratively forfeit the above-described
2 property.
3     DATED this \_\_12th\_\_ day of \_\_\_June_____, 2013.

    _____
    UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Michelle C. Lewis, Paralegal Specialist, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on June 11, 2013, by the below identified method of service:

CM/ECF:

Rebecca A. Levy
Federal Public Defender
411 E. Bonneville Avenue
Las Vegas, NV 89101
Email: rebecca_levy@fd.org
*Attorney for Albert Chambers*

/s/Michelle C. Lewis
Michelle C. Lewis
Paralegal Specialist