FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

2013 SEP -3  A 11: 10

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERT CHAMBERS,<br><br>    Defendant. | 2:11-CR-456-KJD-(CWH) |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT ALBERT CHAMBERS

On June 13, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant ALBERT CHAMBERS to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 55; Plea Agreement, ECF No. 57; Preliminary Order of Forfeiture, ECF No. 59.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 59) is final as to defendant ALBERT CHAMBERS.

DATED this 3rd day of September 2013.

_____
UNITED STATES DISTRICT JUDGE