# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00456-KJD-CWH |
| Plaintiff, | |
| vs. | **ORDER**<br>**RE: MOTION TO WITHDRAW**<br>**AS ATTORNEY OF RECORD** |
| ALBERT CHAMBERS, | |
| Defendant. | |

IT IS HEREBY ORDERED that Daniel J. Cowhig, Assistant United States Attorney is withdrawn as attorney of record for the Government.

IT IS FURTHER ORDERED that Daniel J. Cowhig shall be removed from the CM/ECF service list in this case.

Dated: 4/1/2020

_____
**HONORABLE KENT J. DAWSON**
United States District Court Judge