UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>     v.<br><br>ALBERT CHAMBERS,<br><br>                             Defendant. | Case No. 2:11-cr-00456-KJD-CWH<br><br>ORDER ON MOTIONS FOR WRIT of HABEAS CORPUS AD PROSEQUENDUM<br><br>(ECF Nos. 76, 77, 78, 79, 81) |

      Defendant has filed multiple Motions for Writ of Habeas Corpus and Prosequendum (ECF Nos. 76, 77, 78, 79, 81). Defendant, who is in Nevada state custody serving a life sentence for a murder committed while he was on supervised release in this action, seeks an order transferring him to federal custody for hearing on his supervised release violation. It appears that Defendant's primary intent is to obtain an order that the time be served concurrent with his state sentence, or to serve as much of his life sentence as possible, in federal custody.

      However, Defendant's argument that the Government, and perhaps this Court, is bound by the Interstate Agreement on Detainers ("IAD") suffers from a fatal flaw in this case. Defendant argues that he must be transferred and hearing held on his supervised release violation, or the supervised release violations must be dismissed. However, the United States Supreme Court has held that the IAD does not apply to supervised release violation detainers. *Carchman v. Nash*, 473 U.S. 716, 734 (1985); *United States v. Repp*, 987 F.3d 1245, 1247 (9th Cir. 2021) (violations of supervised release). The federal government is not constitutionally required to writ a defendant out of state custody and bring him into federal custody for purposes of executing a warrant based on a supervised release violation. *United States v. Garrett*, 253 F.3d 443, 448 (9th Cir. 2001).

1       Accordingly, IT IS HEREBY ORDERED that Defendant's Motions for Writ of Habeas Corpus and Prosequendum (ECF Nos. 76, 77, 78, 79, 81) are **DENIED**.

DATED: September 12, 2025

                                                  _____
                                                  Kent J. Dawson
                                                  United States District Judge